# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

Albert

-v-

Behule, et al

U.S.C.A. # _____

U.S.D.C. # __08-cv-5183__

JUDGE: __KMW__

DATE: __AUGUST 7, 2008__

*U.S. DISTRICT COURT FILED AUG 0 7 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------

**DOCUMENT DESCRIPTION**                                    **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

Balance of file transferred out to USDC - NDNY (9:08-cv-0713)

(√) **Original Record**                           (___) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 7TH Day of August, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

Albert

-v-

Behule, et al

---------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-5183

JUDGE: KMW

DATE: AUGUST 7, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through ____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

Balance of file transferred out to USDC- NDNY (9:08-cv-0713)

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 7TH Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-05183-KMW
### Internal Use Only

Albert v. Behrle et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/05/2008
Date Terminated: 06/05/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Jean Albert.(mbe) (Entered: 06/18/2008) |
| 06/05/2008 | 4 | TRANSFER ORDER (N.D.N.Y.)For the reasons set below, this action is transferred to the United States District Court of Northern District of New York 28 U.S.C. 1391(b), 1406(a) Since a substantial part of the events or omissions giving rise to this claim allegedly occurred in the Northern District of N.Y.,. The Clerk of this Court shall file and docket the complaint without payment of fees. Whether pltff. should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court. Sent original file along with documents numbered 1-4, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8655 7112 5664 on 6/26/2008. (Signed by Judge Kimba M. Wood on 6/5/2008) (mbe) (Entered: 06/26/2008) |
| 06/06/2008 | 2 | MOTION AND AFFIDAVIT to Appoint Counsel. Document filed by Jean Albert.(mbe) (Entered: 06/18/2008) |
| 06/06/2008 | 3 | COMPLAINT against Peter Behrle, J. Belarge, L. Preble, Michael L. Graziano, Vincent. Document filed by Jean Albert.(mbe) (Entered: 06/18/2008) |
| 06/06/2008 | | Magistrate Judge James C. Francis is so designated. (mbe) (Entered: 06/18/2008) |
| 06/26/2008 | 5 | NOTICE OF APPEAL from 4 Transfer Order N.D.N.Y. (Complaint)(case opening only). Document filed by Jean Albert. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 08/04/2008) |
| 06/26/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Jean Albert. $455.00 APPEAL FEE DUE. (tp) (Entered: 08/04/2008) |
| 07/08/2008 | | Received a letter from the United States District Court - Northern District of New York acknowledging receipt of the entire file and assigned Case Number: 9:08cv713. (jab) (Entered: 07/08/2008) |
| 08/04/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 08/04/2008) |
| 08/04/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 08/04/2008) |